IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-CR-00240-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     SERGIO IVAN ARCE LOPEZ,
           *a/k/a "Taliban"*
           *a/k/a "Tali"*
2.     CESAR ANDRES HUIZAR GUERRA,
3.     MARCO ANTONIO DE SILVA LARA,
           *a/k/a "Big Man"*
           *a/k/a "El Gordo"*
           *a/k/a "Queso Babas"*
           *a/k/a "Primo"*
4.     JUAN LUIS CABRERA SAUCEDO,
5.     FNU LNU
           *a/k/a "UM9161"*
           *a/k/a "Mario"*
6.     LUIS ENRIQUE LOPEZ LOPEZ,
7.     RIGOBERTO ARANDA,
8.     ERIK ALEJANDRO BENITEZ CHAVEZ,
9.     ROBERT SHANE GERSTNER,
10.    JOSEPH RICARDO MENZOR,
11.    WILLIAM JOSEPH ROLLINS,
12.    BRITTNEY PIERCE,
13.    FRANCISCO JAVIER ARMENTA BARRAZA,
            *a/k/a "Pancho"*
14.    JAMIE CASH HOOVER,
15.    TRENTON ANTHONY THOMPSON,

    Defendants.

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT 1

From in and at least sometime in 2023, the exact date being unknown to the Grand Jury, and continuously thereafter up through and including August 12, 2025, within the State and District of Colorado and elsewhere, the defendant, MARCO ANTONIO DE SILVA LARA, did unlawfully, knowingly and intentionally engage in a continuing criminal enterprise in that he unlawfully, knowingly and intentionally violated Title 21, United States Code, Sections 841 and 846, which violations include, but are not limited to, the substantive violation alleged in Count Two (Conspiracy to Violate the Controlled Substances Act), and the substantive violations alleged in Counts Three through Nine, Twelve, and Fifteen (Distribution of and Possession with Intent to Distribute Controlled Substances and Aiding and Abetting the Same), which Counts are realleged and incorporated herein by reference as though fully set forth in this Count, and which violations were part of a continuing series of violations of the Controlled Substances Act, Title 21, United States Code, Section 801, *et seq*., undertaken by defendant, MARCO ANTONIO DE SILVA LARA, in concert with at least five other persons with respect to whom MARCO ANTONIO DE SILVA LARA

2

occupied positions of organizer, supervisor, and any position of management, and from which such continuing series of violations the defendant obtained substantial income and resources.

Furthermore, the defendant, MARCO ANTONIO DE SILVA LARA, was a principal administrator, organizer, supervisor, and leader of the criminal enterprise, which involved possession with intent to distribute and distribution of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and the amount of said mixtures and substances was 1,500 grams and more of methamphetamine (actual) and 150,000 grams of mixtures and substances containing a detectable amount of methamphetamine.

All in violation of Title 21, United States Code, Section 848(a) and (b).

## COUNT 2

From a time unknown, up to and including on or about August 12, 2025, in the State and District of Colorado and elsewhere, the defendants:

MARCO ANTONIO DE SILVA LARA,
SERGIO IVAN ARCE LOPEZ,
JUAN LUIS CABRERA SAUCEDO,
FNU LNU, *a/k/a UM 9161*
LUIS ENRIQUE LOPEZ LOPEZ,
RIGOBERTO ARANDA,
ERIK ALEJANDRO BENITEZ CHAVEZ,
ROBERT SHANE GERSTNER,
JOSEPH RICARDO MENZOR,
WILLIAM JOSEPH ROLLINS,
BRITTNEY PIERCE,

FRANCISCO JAVIER ARMENTA BARRAZA,
JAMIE CASH HOOVER,
CESAR ANDRES HUIZAR GUERRA,
TRENTON ANTHONY THOMPSON,

and others both known and unknown to the Grand Jury did knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with intent to distribute 50 grams and more of methamphetamine (actual) and 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii),

All in violation of Title 21, United States Code, Section 846.

## COUNT 3

On or about January 9, 2024, in the State and District of Colorado, the defendants, MARCO ANTONIO DE SILVA LARA and JUAN LUIS CABRERA SAUCEDO, did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 4

On or about February 29, 2024, in the State and District of Colorado, the defendants, MARCO ANTONIO DE SILVA LARA and JUAN LUIS CABRERA SAUCEDO, did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 5

On or about May 14, 2024, in the State and District of Colorado, the defendants, MARCO ANTONIO DE SILVA LARA, SERGIO IVAN ARCE LOPEZ, and LUIS ENRIQUE LOPEZ LOPEZ, did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

**COUNT 6**

On or about July 18, 2024, in the State and District of Colorado, the defendants, MARCO ANTONIO DE SILVA LARA and SERGIO IVAN ARCE LOPEZ, did knowingly and intentionally distribute and possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

**COUNT 7**

On or about December 14, 2024, in the State and District of Colorado, the defendants, MARCO ANTONIO DE SILVA LARA, SERGIO IVAN ARCE LOPEZ, FNU LNU a/k/a UM9161, and LUIS ENRIQUE LOPEZ LOPEZ did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

**COUNT 8**

On or about December 17, 2024, in the State and District of Colorado, the defendants, MARCO ANTONIO DE SILVA LARA and SERGIO IVAN ARCE LOPEZ, did knowingly and intentionally distribute and possess with intent to distribute 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi) and Title 18, United States Code, Section 2.

**COUNT 9**

On or about February 8, 2025, in the State and District of Colorado, the defendants, MARCO ANTONIO DE SILVA LARA, SERGIO IVAN ARCE LOPEZ, RIGOBERTO ARANDA, and ERIK ALEJANDRO BENITEZ CHAVEZ did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and 50 grams and more of methamphetamine

(actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 10

On or about April 9, 2025, in the State and District of Colorado, the defendant, ROBERT SHANE GERSTNER, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and 50 grams and more of methamphetamine (actual).

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## COUNT 11

On or about April 9, 2025, in the State and District of Colorado, the defendant, SERGIO IVAN ARCE LOPEZ, did knowingly and intentionally distribute and possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 12

On or about April 9, 2025, in the State and District of Colorado, the defendants, MARCO ANTONIO DE SILVA LARA, ROBERT SHANE GERSTNER, and FRANCISCO JAVIER ARMENTA BARRAZA did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 13

On or about July 23, 2025, in the State and District of Colorado, the defendant, BRITTNEY PIERCE, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 14

On or about July 23, 2025, in the State and District of Colorado, the defendant, JAMIE CASH HOOVER, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 15

On or about August 11, 2025, in the State and District of Colorado, the defendants, MARCO ANTONIO DE SILVA LARA, SERGIO IVAN ARCE LOPEZ, and CESAR ANDRES HUIZAR GUERRA, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

//

//

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

**COUNT 16**

From at least November 30, 2024, the exact date being unknown to the Grand Jury, and continuously thereafter up through and including August 11, 2025, in the State and District of Colorado and elsewhere, the defendants,

> MARCO ANTONIO DE SILVA LARA,
> SERGIO IVAN ARCE LOPEZ,
> FNU LNU, *a/k/a UM 9161*
> CESAR ANDRES HUIZAR GUERRA,

did knowingly conspire and agree with each other and with other persons known and unknown to the Grand Jury, with interdependence, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, that is, concealment money laundering, by knowingly conducting and attempting to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, the distribution of a controlled substance and the possession of a controlled substance with the intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1), and conspiracy to do so, in violation of Title 21, United States Code, Section 846, knowing that the transactions were designed, in whole and in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of

the specified unlawful activity; and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 16 of this Second Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 982(a)(1) and Title 21, United States Code, Section 853.

2. Upon conviction of the violations alleged in Counts 1 through 15, respectively, of this Superseding Indictment involving violations of Title 21, United States Code, Sections 841(a)(1), 846, and 848, the defendants  MARCO ANTONIO DE SILVA LARA; SERGIO IVAN ARCE LOPEZ; JUAN LUIS CABRERA SAUCEDO; FNU LNU, *a/k/a UM 9161*; LUIS ENRIQUE LOPEZ LOPEZ; RIGOBERTO ARANDA; ERIK ALEJANDRO BENITEZ CHAVEZ; ROBERT SHANE GERSTNER; JOSEPH RICARDO MENZOR; WILLIAM JOSEPH ROLLINS; BRITTNEY PIERCE; FRANCISCO JAVIER ARMENTA BARRAZA; JAMIE CASH HOOVER; CESAR ANDRES HUIZAR GUERRA; and TRENTON ANTHONY THOMPSON shall forfeit to the United States, pursuant to Title 21, United States

Code, Section 853, any and all of the defendants' right, title, and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

3. Upon conviction of the violations alleged in Count 16 of this Second Superseding Indictment involving violations of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (h), the defendants, MARCO ANTONIO DE SILVA LARA; SERGIO IVAN ARCE LOPEZ; FNU LNU, *a/k/a UM 9161*; and CESAR ANDRES HUIZAR GUERRA, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all of the defendants' right, title, and interest in all property, real or personal, involved in such offenses, or all property traceable to such property, including, but not limited to a money judgment in the amount of proceeds obtained by the conspiracy and by the defendants.

4. If any of the property described in paragraphs 2 and 3 above, as a result of any act or omission of the relevant defendant:

        a) cannot be located upon the exercise of due diligence;
        b) has been transferred or sold to, or deposited with, a third party;
        c) has been placed beyond the jurisdiction of the Court;
        d) has been substantially diminished in value; or
        e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

                                                 A TRUE BILL:

                                           <u>Ink Signature on File in Clerk's Office</u>
                                           FOREPERSON

PETER MCNEILLY
United States Attorney


By: <u>*s/ Michael F. Houlihan*</u>
Michael F. Houlihan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0405
E-mail: michael.houlihan@usdoj.gov
Attorney for Government