| | |
|---|---|
| <u>DEFENDANT</u>: | SERGIO IVAN ARCE LOPEZ<br>a/k/a "Taliban"<br>a/k/a "Tali" |
| <u>YOB</u>: | 1991 |
| <u>COMPLAINT FILED?</u> | __X__ Yes   _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER: 25-MJ-00196-CYC<br>And  25-MJ-00237-KAS |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ___ Yes   _X_ No

<u>OFFENSE(S)</u>:   <u>Count 2</u>:  21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams and More of Methamphetamine (actual) and 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine.

<u>Count 5</u>: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) – Distribution of 50 Grams and More of Methamphetamine (actual).

<u>Counts 6, 11</u>:  21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) – Distribution of 50 Grams and More of Methamphetamine (actual) and 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine.

<u>Counts 7, 9, and 15</u>: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) – Possession with intent to distribute 50 Grams and More of Methamphetamine (actual) and 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine

<u>Count 8</u>: 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) – Distribution of 400 Grams or More of a Mixture or Substance Containing a Detectable Amount of Fentanyl.

<u>Count 16</u>:  18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering

<u>LOCATION OF OFFENSE</u>:   Jefferson County, Colorado

| | |
|---|---|
| PENALTY: | <u>Counts 2, 5-9, 11 & 15</u>: NLT 10 years imprisonment, NMT life imprisonment, NMT $10,000,000 fine, or both; NLT 5 years supervised release, NMT lifetime of supervised release; and a $100 special assessment fee |
| | <u>Count 16</u>:  NMT 20 years imprisonment, Fine of NMT $500,000 or twice the value of the property involved, whichever is greater; NMT 3 years supervised release; $100 special assessment fee<u>.</u> |
| AGENT: | Geoff Coster<br>DEA Task Force Officer |
| <u>AUTHORIZED BY:</u> | Michael F. Houlihan,<br>Assistant United States Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

\_\_\_\_\_ five days or less;  <u>X</u>  over five days

<u>THE GOVERNMENT</u>:

  <u>X</u>   will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and (f)(2).

_____ will not seek detention

The statutory presumption of detention **is** applicable to this defendant.